Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROLYN NAVARRO,** individually and on behalf of all others similarly situated**,**<br><br>Plaintiff,<br><br>   **vs.**<br><br>**RE/MAX, LLC; KINGSTON REALTY;** Does 1-10 inclusive<br><br>Defendant. | Case No. 2:17-cv-01223-GW-GJS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RE/MAX, LLC WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant RE/MAX LLC from this Action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant RE/MAX LLC may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 2nd day of March, 2017.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Filed electronically on this 2nd day of March, 2017, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 2nd day of March, 2017, via the ECF system to:

Honorable George H. Wu
United States District Court
Central District of California

This 2nd day of March, 2017.
By: s/Todd M. Friedman
    Todd M. Friedman

Notice of Dismissal - 2