|   |   |
|---|---|
| 1 | Todd M. Friedman (SBN 216752) |
| 2 | Adrian R. Bacon (SBN 280332) |
|   | Meghan E. George (SBN 274525) |
| 3 | LAW OFFICES OF TODD M. FRIEDMAN, P.C. |
| 4 | 21550 Oxnard St., Suite 780 |
|   | Woodland Hills, CA 91367 |
| 5 | Phone: 877-206-4741 |
| 6 | Fax: 866-633-0228 |
|   | tfriedman@ toddflaw.com |
| 7 | abacon@ toddflaw.com |
| 8 | mgeorge@toddflaw.com |

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| CAROLYN NAVARRO, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 2:17-cv-01223-GW-GJS |
|---|---|---|
|  | ) | **NOTICE OF SETTLEMENT** |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| RE/MAX, LLC; KINGSTON REALTY; and DOES 1 through 10, inclusive, and each of them, | ) ) ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Notice Of Settlement

- 1 -

1       RESPECTFULLY SUBMITTED this 23rd day of May, 2017.

2

3                    By:    <u>s/Adrian R. Bacon</u>

4                             Adrian R. Bacon, Esq.
                            Law Offices of Todd M. Friedman, P.C.

5                             Attorney for Plaintiff

Filed electronically on this 23rd day of May, 2017, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 23rd day of May, 2017, via the ECF system to:

Honorable Judge S. James Otero
United States District Court
Central District of California

Yuching Huang,
LAW OFFICES OF YUCHING HUANG
huangesq@aol.com

This 23rd day of May, 2017.
By: /s/Adrian R. Bacon
    Adrian R. Bacon

Notice Of Settlement

- 3 -