UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-1223-GW(GJSx) | Date | May 24, 2017 |
|---|---|---|---|
| Title | *Carolyn Navarro v. Re Max, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present    None Present

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE: SETTLEMENT**

On May 23, 2017, Plaintiff Carolyn Navarro filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for July 27, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on July 26, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer    JG