Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Carolyn Navarro**, | Case No. **2:17−cv−1223 GW (GJSx)** |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |
| vs. | |
| RE/MAX, LLC; KINGSTON REALTY; | |
| Defendants. | |

Stipulation to Dismiss- 1

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss Defendant KINGSTON REALTY from this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

Respectfully submitted this 25th Day of July, 2017,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs


By: s/ *Yuching Huang*
Yuching Huang
Attorneys for Defendant

Filed electronically on this 25th Day of July, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable George H. Wu
United States District Court
Central District of California

And all counsel registered on ECF.

This 25th Day of July, 2017.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN